UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL VASKO,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR COUNTY SHERIFF DEPARTMENT,<br><br>Defendant. | No.  2:21-cv-02347-TLN-DB<br><br>**ORDER** |

Plaintiff, an inmate proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 29, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 5.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 29, 2023 (ECF No. 5), are ADOPTED

IN FULL; and

  2. This action is DISMISSED with prejudice.

  3. The Clerk of Court is directed to close the case.

Date: June 12, 2023

Troy L. Nunley
United States District Judge